1
2
3
4
5
6
7
8

9          UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11         SAN JOSE DIVISION

12

13  MOHAMMED AKHAVEIN, ET AL.,          )          Case No.: C 09-00634 PVT
                                        )
14                    Plaintiffs,       )          **ORDER FOR REASSIGNMENT TO A**
         v.                             )          **DISTRICT COURT JUDGE**
15                                      )
     ARGENT MORTGAGE COMPANY, LLC,)
16   ET AL.,                            )
                                        )
17                    Defendants.       )
     _____)
18

19
          On May 11, 2009, defendant Argent Mortgage Company, LLC moved to dismiss the first
20
     amended complaint pursuant to Rule 12(b)(6).  On April 6, 2009, this court had ordered that the
21
     parties file either a "consent to proceed before a United States Magistrate Judge," or else a
22
     "declination to proceed before a United States Magistrate Judge and request for reassignment" no
23
     later than April 13, 2009.  ("April 6, 2009 Order").  All of the parties have not consented (or
24
     otherwise responded to the April 6, 2009 Order) to jurisdiction of this court.  Accordingly, the
25

26

27

28

ORDER, *page 1*

1   above-captioned action shall be reassigned to a district court judge.

2          IT IS SO ORDERED.

3   Dated:   May 15, 2009

    _____
4   PATRICIA V. TRUMBULL
    United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28