**E-FILED on     11/16/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMMAD AKHAVEIN and SUSSAN ABDOLLAHI, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, a Delaware Corproration; CAL COAST FINANCIAL, a California corporatoin; CITIBANK, a California Corporation; and DOES 1-10, inclusive<br><br>Defendants. | No. 5:09-cv-00634 RMW<br><br>ORDER TO SHOW CAUSE RE DISMISSAL |

On November 4, 2009, the court dismissed this action with prejudice as against defendant Argent Mortgage Company. It appears that the remaining defendants have not been served, and they have not appeared.

IT IS HEREBY ORDERED that plaintiffs appear on December 4, 2009 at 9:00 a.m. in courtroom 6 of this court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for failure to diligently prosecute the case.

IF PLAINTIFFS FAIL TO COMPLY WITH THIS ORDER OR FAIL TO SHOW GOOD

1  REASON FOR THEIR FAILURE TO DILIGENTLY PROSECUTE THE CAUSE, IT WILL BE
2  DISMISSED.

6  DATED:      11/16/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WAS PROVIDED TO:**

**Counsel for plaintiff:**

Timothy Douglas Thurman                                tim.thurman@trinlaw.com

**Counsel for defendant:**

Jason Edward Goldstein                                 jgoldstein@buchalter.com
David Ming Liu                                         dliu@buchalter.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

DATED:   11/16/09                                      _____CCL_____
                                                       Chambers of Judge Whyte

ORDER TO SHOW CAUSE—No. 5:09-cv-00634 RMW (CCL)