1

2

3

4

5                                                           E-FILED on ____12/4/09____

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   MOHAMMAD AKHAVEIN and SUSSAN       No. 5:09-cv-00634 RMW
     ABDOLLAHI, individuals,
13                                       ORDER DISMISSING PLAINTIFFS'
                Plaintiffs,              ACTION AGAINST REMAINING
14                                       DEFENDANTS
           v.
15
     ARGENT MORTGAGE COMPANY, a
16   Delaware Corproration; CAL COAST
     FINANCIAL, a California corporatoin;
17   CITIBANK, a California Corporation; and
     DOES 1-10, inclusive
18
                Defendants.
19

20           On November 4, 2009, the court dismissed this action with prejudice as against defendant
21
     Argent Mortgage Company.  It appears that the remaining defendants have not been served, and they
22
     have not appeared.  On November 16, 2009, the court issued an order to show cause, requiring
23
     plaintiffs to appear on December 4, 2009 and to show cause why this case should not be dismissed
24
     for failure to diligently prosecute the case.  In that order, the court warned that if plaintiffs failed to
25
     comply with its order, the case would be dismissed.  On December 4, 2009, plaintiffs failed to
26
     appear in court.  Therefore, the court dismisses this action against the remaining defendants.
27

28

1    Because plaintiffs have failed to comply with the court's order to show cause, dismissal is with

2    prejudice.

3

4

5    DATED:        12/4/09                          _Ronald M Whyte_____

6                                                  RONALD M. WHYTE
                                                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WAS PROVIDED TO:**

2    **Counsel for plaintiffs:**

3    Timothy Douglas Thurman                  tim.thurman@trinlaw.com

4    **Counsel for defendants:**

5    Jason Edward Goldstein                   jgoldstein@buchalter.com
      David Ming Liu                            dliu@buchalter.com

6

7

8    Counsel are responsible for distributing copies of this document to co-counsel that have not
      registered for e-filing under the court's CM/ECF program.

9

10    DATED:____12/4/09_____      ____CCL_____
                                            Chambers of Judge Whyte

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28