**E-FILED on        12/4/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMMAD AKHAVEIN and SUSSAN ABDOLLAHI, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, a Delaware Corproration; CAL COAST FINANCIAL, a California corporatoin; CITIBANK, a California Corporation; and DOES 1-10, inclusive<br><br>Defendants. | No. 5:09-cv-00634 RMW<br><br>JUDGMENT |

On December 4, 2009, the court dismissed this action with prejudice.  THEREFORE,

IT IS HEREBY ADJUDGED that plaintiffs take nothing by way of their complaint and that judgment be entered in favor of all defendants.

DATED:      12/4/09                    

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. 5:09-cv-00634 RMW (CCL)

**THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WAS PROVIDED TO:**

**Counsel for plaintiffs:**

Timothy Douglas Thurman                                  tim.thurman@trinlaw.com

**Counsel for defendants:**

Jason Edward Goldstein                                   jgoldstein@buchalter.com
David Ming Liu                                           dliu@buchalter.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

DATED:     12/4/09                              CCL
                                                Chambers of Judge Whyte