**E-FILED on      3/5/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMMAD AKHAVEIN and SUSSAN ABDOLLAHI, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, a Delaware Corproration; CAL COAST FINANCIAL, a California corporatoin; CITIBANK, a California Corporation; and DOES 1-10, inclusive<br><br>Defendants. | No. 5:09-cv-00634 RMW<br><br>ORDER EXPUNGING LIS PENDENS |

    Plaintiffs filed a notice of lis pendens in this action, which was recorded in Santa Clara County on March 3, 2009. The court dismissed this action against all defendants with prejudice and entered judgment in favor of all defendants on December 4, 2009. Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4 ("Deutsche Bank") now moves for expungement of lis pendens and for attorney's fees in the amount of $1,800. Plaintiffs have not opposed the motion.

    Given the dismissal with prejudice and judgment in favor of all defendants, it is clear that plaintiffs cannot establish the probable validity of their claim. Thus, expungement of the lis pendens is appropriate. *See* Cal. Code Civ. Proc. § 405.32. As discussed at the hearing on March 5, 2010,

1  the court will consider the motion for attorney's fees upon receiving a supplemental declaration from
2  Deutsche Bank, which is to be submitted no later than 10 days from the date of this order.
3        IT IS ORDERED THAT the lis pendens, recorded with the Santa Clara County Recorder's
4  Office as Document Number 20154046 by plaintiffs Mohammad Akhavein and Sussan Abdollahi on
5  the real property located at 3186 San Juan Avenue, Santa Clara, CA 95051 and designated as Santa
6  Clara County Assessor's Parcel Number 220-22-038, with the following legal description:

> Lot 362, as delineated upon that certain Map entitled "Tract No. 1435 Bowers Crest Unit No. 3", filed for record in the Office of the Recorder of the County of Santa Clara, State of California, on July 9th, 1958 in Book 95 of Maps, at page 12.

9  be and hereby is expunged.

14  DATED:    3/5/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER EXPUNGING LIS PENDENS—No. 5:09-cv-00634 RMW (CCL)
2

**THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WAS PROVIDED TO:**

**Counsel for Plaintiffs:**

Timothy Douglas Thurman          tim.thurman@trinlaw.com

**Counsel for Defendants:**

Jason Edward Goldstein           jgoldstein@buchalter.com
David Ming Liu                   dliu@buchalter.com

**Counsel for Trustee**:

Christopher Lee Peterson         cpeterson@piteduncan.com
Peter Joseph Salmon              psalmon@piteduncan.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

DATED:   3/5/10                         CCL
                                        Chambers of Judge Whyte