**E-FILED on      3/17/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMMAD AKHAVEIN and SUSSAN ABDOLLAHI, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, a Delaware Corproration; CAL COAST FINANCIAL, a California corporatoin; CITIBANK, a California Corporation; and DOES 1-10, inclusive<br><br>Defendants. | No. 5:09-cv-00634 RMW<br><br>ORDER AWARDING ATTORNEY'S FEES |

Deutsche Bank National Trust Company, as Trustee, in trust for registered holders of Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4 ("Deutsche Bank") moves for attorney's fees in the amount of $2,025.00. The court grants the motion. The hours spent and billing rates seem reasonable. Deutsche Bank was fully successful in getting lis pendens expunged. Accordingly, the court awards fees in the amount of $2,025.00 (hourly rate of $225.00 * 9 hours).

DATED:     3/17/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER AWARDING ATTORNEY'S FEES—No. 5:09-cv-00634 RMW (CCL)

**THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WAS PROVIDED TO:**

**Counsel for Plaintiffs:**

Timothy Douglas Thurman      tim.thurman@trinlaw.com

**Counsel for Defendants:**

Jason Edward Goldstein      jgoldstein@buchalter.com
David Ming Liu      dliu@buchalter.com

**Counsel for Trustee**:

Christopher Lee Peterson      cpeterson@piteduncan.com
Peter Joseph Salmon      psalmon@piteduncan.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

DATED:  3/17/10                                   CCL
                                         Chambers of Judge Whyte